IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ANDREI MORRIS, | § | |
|     Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. A08CA177 LY |
| | § | |
| MANN BRACKEN, LLC and | § | |
| FIA CARD SERVICES, N.A., | § | |
| FORMERLY KNOWN AS MBNA | § | |
| AMERICA BANK, N.A. | § | |
|     Defendants | § | |

## **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

COMES NOW plaintiff, by and through his undersigned counsel, and provides notice of voluntary dismissal pursuant to Rule 41, Federal Rules of Civil Procedure. In support thereof, plaintiff shows as follows.

1. Plaintiff recently filed this action. After service, plaintiff and defendants negotiated an amicable resolution. The parties have reached agreement to resolve all claims plaintiff has against defendants.

2. Defendants have not answered the complaint. No motion for summary judgment is pending.

3. Plaintiff intends to dismiss this action with prejudice pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure.

ACCORDINGLY, plaintiff gives notice of voluntary dismissal of all claims with prejudice pursuant to Rule 41, Federal Rules of Civil Procedure.

Respectfully submitted,

CREWS LAW FIRM, P.C.
701 Brazos, Suite 900
Austin, Texas 78701
(512) 346-7077
(512) 342-0007 (Fax)


By:   /s/ Joe K. Crews
     Joe K. Crews
     State Bar No. 05072500

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above document was delivered to defendants, by and through their agent, Steven M. Strong, Mann Bracken, L.L.C., 5400 LBJ Freeway, Suite 1540, Dallas, TX 75240, (972) 982-8601 facsimile, on this the 11th day of April, 2008.

   /s/ Joe K. Crews
Joe K. Crews