IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2008 APR 14  PM 1:52
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | | |
|---|---|---|
| ANDREI MORRIS, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CIVIL NO. A- 08-CA-177-LY |
| | § | |
| MANN BRACKEN, LLC AND FIA CARD | § | |
| SERVICES, N.A., FORMERLY KNOWN | § | |
| AS MBNA AMERICA BANK, N.A., | § | |
| DEFENDANTS. | § | |

## FINAL JUDGMENT

Before the Court is the above entitled cause of action. On April 11, 2008, Plaintiff filed Plaintiff's Notice of Voluntary Dismissal, dismissing all claims brought in this cause of action with prejudice against Defendants pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure (Doc. #3). Accordingly, the Court enters the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that Plaintiff Andre Morris's claims and causes of action against Defendants Mann Bracken, LLC and FIA Card Services, N.A. are hereby **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that all relief not expressly granted is hereby **DENIED**.

**IT IS FINALLY ORDERED** that the case hereby **CLOSED**.

SIGNED this __14th__ day of April, 2008.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE